UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG STIK MANUFACTURING, INC.,

       Plaintiff/Counter-Defendant,

Case No: 8:17-cv-2486-CEH-MAP

v.

PITBULL TOOLS AND SUPPLIES LLC,
and RICARDO CUYAR,

       Defendants/Counter-Plaintiffs,

v.

BIG STIK MANUFACTURING, INC., and
ROBERT G. LOFLEY, JR.,

       Counter-Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court on the Joint Motion for Entry of Order Pursuant to Federal Rule of Evidence 502 (Doc. 15). The parties seek an order providing protection against the waiver of attorney client and work product privileges as a result of inadvertent disclosure of privileged materials or information. Upon consideration, the Court will grant the motion.

It is hereby **ORDERED, ADJUDGED AND DECREED,** that in accordance with Fed. R. Evid. 502(d), except when a party intentionally waives attorney– client privilege or work product protection by disclosing such information to an adverse party as provided in Fed. R. Evid. 502(a), the disclosure of attorney–client privileged or work product protected information pursuant to a non-waiver agreement entered into under

1

Fed. R. Evid. 502(e) does not constitute a waiver in this proceeding, or in any other federal or state proceeding.

Further, the provisions of Fed. R. Evid. 502(b)(2) are inapplicable to the production of ESI pursuant to an agreement entered into between the parties under Fed. R. Evid. 502(e). However, a party that produces attorney–client privileged or work product protected information to an adverse party under a Rule 502(e) agreement without intending to waive the privilege or protection must promptly notify the adversary that it did not intend a waiver by its disclosure. Any dispute regarding whether the disclosing party has asserted properly the attorney–client privilege or work product protection will be brought promptly to the Court, if the parties are not themselves able to resolve it. Accordingly, it is

**ORDERED:**

1. The parties' Joint Motion for Entry of Order Pursuant to Federal Rule of Evidence 502 (Doc. 15) is **GRANTED**.

**DONE and ORDERED** at Tampa, Florida, this 13th day of December, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

All parties of record including unrepresented parties, if an