**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BIG STIK MANUFACTURING, INC.,

    Plaintiff,

v.                                               Case No: 8:17-cv-2486-T-36MAP

PITBULL TOOLS AND SUPPLIES
LLC and RICARDO CUYAR,

    Defendants.

_____

**<u>AMENDED CASE MANAGEMENT AND SCHEDULING ORDER</u>**

    Having considered the parties' Joint Motion to Amend the Case Management Deadlines Impacted By Claims Construction Ruling and for Mediation (Doc. 61), filed on September 25, 2018, and for good cause shown, the Court will grant the parties' Joint Motion to Amend the Case Management Deadlines Impacted By Claims Construction Ruling and for Mediation.  The following deadlines shall apply to this action:

| | |
|---|---|
| **Claim Construction Hearing:**                          Date:<br>Time:<br>Judge: | October 17, 2018<br>10:00 AM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Deadline to Serve Final Infringement Contentions** | **January 18, 2019** |
| **Deadline to Serve Final Invalidity Contentions** | **February 15, 2019** |
| **Disclosure of Expert Reports**<br>**Plaintiff's Opening Infringement and Damages Reports and Defendant's Opening Invalidity Report and/or Inequitable Conduct Report** | March 15, 2019 |
| **Plaintiff and Defendant's Responsive Reports** | **April 5, 2019** |

| | |
|---|---|
| **Discovery Deadline** | **May 10, 2019** |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **June 7, 2019** |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement** | **September 6, 2019** |
| ***Joint Final Pretrial Statement*, (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word or WordPerfect® version may be e-mailed to the Chambers mailbox] Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | **September 17, 2019** |
| **All Other Motions Including Motions *In Limine*** | **September 24, 2019** |
| **Final Pretrial Conference**<br><br>Date:<br>Time:<br>Judge: | **October 15, 2019**<br>**1:30 PM**<br>**Charlene Edwards Honeywell Courtroom 13A** |
| **Trial Briefs and Deposition Designations** | **October 8, 2019** |
| **Trial Term Begins** | **November 4, 2019** |
| **Estimated Length of Trial** | **7 days** |
| **Jury/Non-Jury** | **Jury** |
| **Mediation**<br><br>Deadline:<br>Mediator:<br>Address:<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.**  Telephone:<br><br>**Designated Lead Counsel**  Attorney Name:<br>**Pursuant to Local Rule 9.04(a)(3)**<br>**Lead Counsel Telephone Number**<br><br>Telephone Number: | **February 28, 2019**<br>**Brian Gilchrist**<br>**255 S Orange Ave**<br>**Suite 1401**<br>**Orlando, FL 32801**<br><br><br>**407-841-2330**<br><br>**James Matulis**<br><br><br><br>**813-451-7347** |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE AND ORDERED** in Tampa, Florida, on October 1, 2018.

Charlene Edwards Honeywell
United States District Judge

Copies to:   Counsel of Record and Unrepresented Parties, if any