UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG STIK MANUFACTURING, INC.,

    Plaintiff,

v.

PITBULL TOOLS AND SUPPLIES LLC,
RICARDO CUYAR, ORLANDO AYALA, and
R & K TOOLS AND SUPPLIES, LLC

    Defendants.
_____

PITBULL TOOLS AND SUPPLIES, LLC, and
RICARDO CUYAR

    Counter-Plaintiffs,

v.

BIG STIK MANUFACTURING, INC., and
ROBERT G. LOFLEY, JR.,

    Counter-Defendants.
_____/

Case No:  8:17-cv-2486-CEH-MAP

## JOINT MOTION TO ALLOW COUNSEL TO USE ELECTRONIC EQUIPMENT AND TO DISPLAY EXTENSION TOOLS IN RELATION TO CLAIM CONSTRUCTION HEARING

Plaintiff Big Stik Manufacturing, Inc., Defendants Pitbull Tools and Supplies LLC, Ricardo Cuyar, Orlando Ayala, and R & K Tools and Supplies, LLC, and Counter-Defendant, Robert G. Lofley, Jr., pursuant to Local Rule 4.11(b), hereby jointly move this Honorable Court for Entry of the attached "Order Permitting Use of Electronic

Equipment and for Entry into Courthouse with Extension Tools" attached hereto as Exhibit A,[1] which provides for the following:

1) To permit access into the courthouse and to use the following computer equipment during the Claim Construction Hearing on **October 17, 2018, commencing at 10:00 a.m.**:

    a) Plaintiff – one laptop computer, two cellular telephones, and related audiovisual equipment; and

    b) Defendants – one laptop computer, two cellular telephones, and related audiovisual equipment;

2) To permit access into the courthouse with samples of the "extension tool" of the type depicted in Addendum 1 to Exhibit A; and

3) To permit access into the courthouse and to use the above-listed computer equipment for testing purposes on **October 16, 2018, commencing at 2:00 p.m.**,[2] or as soon thereafter as Courtroom 13A may be available.

The parties have agreed upon the form of an order as set forth in Exhibit A hereto.

WHEREFORE, the Parties respectfully request the Court enter the attached Order in the form attached hereto as Exhibit A.

Dated: October 9, 2018

By: /s – /  
James M. Matulis - FBN 0077429  
jim@matulislaw.com

By: /s – Ryan Corbett/  
Ryan Corbett – FBN 36911  
rcorbett@burr.com

---

[1] The Court previously granted an Order in the same form as Exhibit A hereto in conjunction with the Claim Construction Hearing originally scheduled for August 17, 2018. *See* Dkt. 52.

[2] This date was provided to counsel by the Courtroom Deputy.

| | |
|---|---|
| Law Office of James Matulis | Burr & Forman LLP |
| 9806 Gretna Green Drive, Suite 100 | 201 N Franklin St Ste 3200 |
| Tampa, FL 33626 | Tampa, FL 33602-5872 |
| Jim@MatulisLaw.com | United States |
| Tel. (813) 451-7347 | Phone: 813-367-5740 |
| *Attorney for Plaintiff* | *Attorneys for Defendants* |
| | |
| Ricky L. Thacker | Kenneth G. Turkel – FBN 867233 |
| Florida Bar No. 903280 | kturkel@bajocuva.com |
| McDermott & Thacker, P.A. | Brad F. Barrios – FBN 035293 |
| 791 W Lumsden Rd | bbarrios@bajocuva.com |
| Brandon, FL  33511-6261 | BAJO \| CUVA \| COHEN \| TURKEL |
| ricky.mtfirm@gmail.com | 100 North Tampa Street, Suite 1900 |
| Tel. (813) 684-3131 | Tampa, FL 33602 |
| *Attorneys for Plaintiffs/Counter-Defendants* | Phone: (813) 443-2199 |
| | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been furnished to all counsel of record via filing with the Court's electronic filing system this 9th day of October, 2018.

*/s -James Matulis/*
James Matulis, Esq.