# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
Miscellaneous Hearing
Claim Construction Hearing

Case Number: 8:17-cv-2486-T-36MAP

| | |
|---|---|
| **BIG STIK MANUFACTURING, INC.,** | **Plaintiff's Counsel:** James Michael Matulis and Ricky Lynn Thacker |
| **Plaintiff,** | |
| v. | |
| **PITBULL TOOLS AND SUPPLIES LLC, RICARDO CUYAR, ORLANDO AYALA and R & K TOOLS AND SUPPLIES, LLC,** | **Defense Counsel:** Brad F. Barrios and Ryan Mark Corbett |
| **Defendants.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | October 17, 2018 | Time:<br>Total: | 10:14 AM – 1:13 PM<br>2 hours   59 minutes |

Court in session and counsel identified for the record.

The Court addressed counsel.

Counsel advised the Court that they agree to the following claim construction for the second disputed claim: A First Member and a Second Member Positioned on Opposing Sides of the Pin Lever, Each Member Raised with Respect to the First Pole.

Technology tutorial and prosecution history by counsel.

The Court heard argument on the following U.S. Patent No. 8,434,802 terms:
1. Said Pin Lever Depressed for Positioning Said Pin into Said Retracted Position.
2. A Bridge Member Extending and Coupled to Said First Pin Column and Said Second Pin Column
3. Said Bridge Member Having a Bridge Bore for Receiving Said Pin

4. A Pin Slidably Engaging Within Said Pin Lever Between a Retracted Position and a Protruded Position

Closing argument by counsel.

The Court takes this matter under advisement and will issue a written order.

Court adjourned.