**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BIG STIK MANUFACTURING, INC.

       Plaintiff,

v.                                                                                  CASE NO.   8:17-cv-2486-CEH-MAP

PITBULL TOOLS AND SUPPLIES LLC,
RICARDO CUYAR, ORLANDO AYALA, and
R & K TOOLS AND SUPPLIES, LLC

       Defendants.
_____

PITBULL TOOLS AND SUPPLIES, LLC, and
RICARDO CUYAR

       Counter-Plaintiffs

v.

BIG STIK MANUFACTURING, INC. and
ROBERT G. LOFLEY, JR.

       Counter-Defendants                       /

**NOTICE OF MEDIATON CONFERENCE**

Plaintiff, BIG STIK MANUFACTURING, INC. hereby gives notice that the parties have scheduled Mediation in this matter as follows:

    **DATE:**          Tuesday, February 19, 2019

    **TIME:**          10:00 a.m. (Full Day)

    **MEDIATOR:**    Brian Gilchrist, Allen Dyer (407-841-2330)

    **LOCATION:**    **Hillsborough County Bar Association**
                            **Chester H. Ferguson Law Center**
                            **1610 North Tampa St, Tampa 33602**
                            **813-221-7777**

This the 30th day of January, 2019.

                                                  Respectfully submitted,

| */s ricky thacker/* | */s james matulis/* |
|---|---|
| Ricky L. Thacker | James M. Matulis |
| Florida Bar No. 903280 | Florida Bar No. 0077429 |
| McDermott & Thacker, P.A. | Law Office of James Matulis |
| 791 W Lumsden Rd | 9806 Gretna Green Drive, Suite 100 |
| Brandon, FL  33511-6261 | Tampa, FL 33626 |
| ricky.mtfirm@gmail.com | Jim@Matulis-Law.com |
| Tel. (813) 684-3131 | Tel. (813) 451-7347 |
| *Attorneys for Plaintiffs/Counter-Defendants* | *Attorneys for Plaintiffs/Counter-Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2019, the foregoing was electronically filed with the Clerk of Court through the CM/ECF system that will give notice to all parties of record.

                                                  */s/James Matulis*
                                                  James Matulis, Esq